# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO, | ) CASE NO. 2:24-cv-01402-JCM-MDC |
| | ) |
| Plaintiff, | ) HON. JUDGE JAMES C. MAHAN |
| | ) |
| vs. | ) MAGISTRATE JUDGE MAXIMILIANO D. |
| | ) COUVILLIER, III |
| DISH NETWORK, L.L.C. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Krysta Tremko and Defendant DISH Network, L.L.C., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March 31, 2025          Respectfully Submitted By:

| **LAW OFFICES OF MILES N. CLARK, LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
|---|---|
| */s/ Miles N. Clark*<br>Miles N. Clark (NV. Bar No. 13858)<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, Nevada 89148<br>Telephone: 702.856.7430<br>Facsimile:  702.552.2370<br>Email: miles@milesclarklaw.com<br><br>*Attorney for Plaintiff Krysta Tremko* | /s/ *Chad C. Butterfield*<br>Chad C. Butterfield, Esq. (NV Bar No. 10532)<br>6689 Las Vegas Blvd., South, Suite 200<br>Las Vegas Nevada 89119<br>Email: chad.butterfield@wilsonelser.com<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br>*/s/ David M. Krueger* |

25750940 v1

|  | DAVID M. KRUEGER (Ohio Bar No. 0085072) (admitted pro hac vice) <br> ERIC L. ZALUD (Ohio Bar No. 0038959) (admitted pro hac vice) <br> 127 Public Square, Suite 4900 <br> Cleveland, Ohio 44114 <br> Telephone:  216.363.4500 <br> Facsimile:  216.363.4588 <br> Email: dkrueger@beneschlaw.com <br> ezalud@beneschlaw.com <br><br> *Attorneys for Defendant DISH Network, L.L.C.* |
|---|---|

SO ORDERED this April 3, 2025.

_____
UNITED STATES DISTRICT JUDGE